BARTON, KLUGMAN & OETTING LLP
Tod V. Beebe, APC (SBN 100265)
Ronald R. St. John (SBN 101397)
350 South Grand Avenue
Suite 2200
Los Angeles, CA 90071-3454
Telephone:   213-621-4000
Facsimile:   213-625-1832
E-mail:       tbeebe@bkolaw.com
                 rstjohn@bkolaw.com

**JS-6**

Attorneys for Defendant, JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ABRAHAM GHORBANIAN, an individual and ZAHRA SOLTANI, an individual,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>JPMORGAN CHASE BANK, N.A. and DOES 1 to 50, inclusive,<br><br>                    Defendants. | Case No. 8:21-cv-01951 JVS (JDE)<br><br>**ORDER RE DISMISSAL PURSUANT TO SETTLEMENT**<br><br>Date Action Removed:<br>                    November 29, 2021<br>Trial Date:   None Set |

///
///
///
///
///
///
///
///
///
///

BARTON, KLUGMAN & OETTING LLP
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA 90071-3454
TELEPHONE (213) 621-4000

1

**ORDER**

      The parties having stipulated to dismiss this matter pursuant to a settlement reached between them and good cause appearing therefore, IT IS ORDERED that this action is dismissed with prejudice with the Court reserving jurisdiction to resolve any issues which may arise in connection with completion of the settlement.

DATED:  March 07, 2022

BY: _____

      Judge James V Selna
      United States District Court

**BARTON, KLUGMAN & OETTING LLP**
350 SOUTH GRAND AVENUE, SUITE 2200
LOS ANGELES, CALIFORNIA  90071-3485
TELEPHONE (213) 621-4000

2

**STIPULATION RE DISMISSAL PURSUANT TO SETTLEMENT**